In the Matter of PHILIP MITCHELL, an attorney and counsellor at law.

Argued September 19, 1949.

For the rule: *Mr. Frederick C. Vonhof.*

For the respondent: *Mr. Milton M. Unger.*

Respondent ordered suspended from the practice of law for a further period of six months following the suspension heretofore imposed on June 20, 1949, and until the further order of the Court, October 3, 1949.

In the Matter of HARRY KATZ, an attorney at law.

Argued October 17, 1949.

For the rule: *Mr. John B. Molineux.*

For the respondent, *Mr. Morris Spritzer.*

Name of respondent ordered stricken from the roll of attorneys, October 24, 1949.